**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| Plaintiff, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Raymond Azure, | ) | Case No. 4:03-cr-016 |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and the Government's motion filed on June 5, 2007, the Indictment against the defendant, Raymond Azure, is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 6th day of June, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court